IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CEDRIC D. ARRINGTON, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-308(MTT) |
| JACK KOON, | ) |
| Respondent. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 16). The Magistrate Judge recommends denying the Petitioner's Motion for Default Judgment. (Doc. 10).

The Petitioner moved for "summary judgment for default" alleging that the Respondent failed to file a timely response to the Petitioner's 28 U.S.C. § 2254 petition, and, therefore, summary judgment should be entered in his favor pursuant to Rule 5 of the Rules governing section 2254 cases. The Magistrate Judge recommends denying the Petitioner's Motion because Rule 5 does not authorize default judgment or summary judgment in this case.[1] The Petitioner did not file an objection to the Recommendation. The Court has thoroughly reviewed the Petitioner's Motion and the Recommendation. The Recommendation is adopted and made an order of this Court. The Petitioner's Motion is **DENIED**. (Doc. 10).

---

[1] Further, on November 15, 2011, the day after the Petitioner filed his Motion, the Respondent submitted a Response and a Motion for Extension of time to file an out of time Response. (Docs. 11, 12). The Magistrate Judge granted both motions.

**SO ORDERED**, this the 9th day of May, 2012.

                                                  S/ Marc T. Treadwell
                                                  MARC T. TREADWELL, JUDGE
                                                  UNITED STATES DISTRICT COURT