IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **CEDRIC D. ARRINGTON,** | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-308(MTT) |
| **JACK KOON,** | ) |
| Respondent. | ) |

## ORDER

Before the Court is Magistrate Judge Charles H. Weigle's Recommendation (Doc. 19) on the Petitioner's 28 U.S.C. § 2254 Petition seeking habeas corpus relief (Doc. 1).  The Magistrate Judge recommends denying the Petition because all five grounds for relief identified by the Petitioner "fail to state a cognizable basis for federal habeas corpus relief."  (Doc. 19 at 1).  The Magistrate Judge further recommends denying a certificate of appealability.  (Doc. 19 at 14).

The Petitioner has objected to the Recommendation.  (Doc. 20).  However, his objection merely reiterates the arguments in his Petition that are addressed by the Recommendation.  Pursuant to 28 U.S.C. § 636, the Court has thoroughly considered the Recommendation and the Petitioner's Objection.  The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

Accordingly, the Petitioner's § 2254 Petition is **DENIED**, and a Certificate of Appealability is **DENIED**.

**SO ORDERED**, this 14th day of January, 2013.

                                            S/ Marc T. Treadwell
                                            MARC T. TREADWELL, JUDGE
                                            UNITED STATES DISTRICT COURT